# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Todd Allen Bergeron | )<br>)<br>)<br>)<br>) | Case No. 1:19-cr-010 |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing | **Date and Time:** April 16, 2020, at 10:00 AM |
|---|---|
| **Place:** U.S. Federal Courthouse | **Courtroom No.:** |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

The court shall conduct the detention hearing by telephone conference.  Participants should call (877) 810-9415 and enter Access Code 8992581

Date: 04/13/2020

*/s/ Clare R. Hochhalter*
*Judge's signature*

Clare R. Hochhalter, Magistrate Judge
*Printed name and title*